12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

**MAY 18 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-173 |
| § | |
| AMFELS, INC. § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM**
**600 E. HARRISON ST.**
**BROWNSVILLE, TEXAS**                         DATE AND TIME:

**AUGUST 20, 1999 AT 10:30 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE ~~JUDGE~~

DATE:   MAY 17, 1999

TO:     MR. FRANK COSTILLA, JR.
        MR. PRESTON HENRICHSON
        MR. KEITH UHLES/MR. EWING SIKES