15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 23 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MAGDALENA GUTIERREZ, Individually, as heir of the Estate of RICARDO GUTIERREZ, deceased, and as Next Friend of ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ JR., and MAGDA KARINA GUTIERREZ, Minor Children, Individually, and as heirs of RICARDO GUTIERREZ, deceased; ROSA CORTEZ DE GUTIERREZ and ROSARIO GUTIERREZ GUERRERO as Next Friend of NIDIA MARLEN GUTIERREZ CORTEZ, a Minor, Individually and as an heir of RICARDO GUTIERREZ, Deceased | § § § § § § § § § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-173 |
| AMFELS, INC. | § | |

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED ORIGINAL COMPLAINT

On this 23RD day of June, 1999, came on to be considered PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT. Having considered same, the Court is of the Opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Plaintiffs' Second Amended Original Complaint be filed in this civil action.; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

Done at Brownsville, Texas this 23 day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE