22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, Individually, as heir of the Estate of RICARDO GUTIERREZ, deceased, and as Next Friend of ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ JR., and MAGDA KARINA GUTIERREZ, Minor Children, Individually, and as heirs of RICARDO GUTIERREZ, deceased; ROSA CORTEZ DE GUTIERREZ and ROSARIO GUTIERREZ GUERRERO as Next Friend of NIDIA MARLEN GUTIERREZ CORTEZ, a Minor, Individually and as an heir of RICARDO GUTIERREZ, Deceased<br><br>VS.<br><br>AMFELS, INC. | § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-98-173 |

## ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S AMENDED MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

On this __25__ day of __August__, 1999, came on to be considered PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S AMENDED MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT. Having considered same, the Court is of the Opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Plaintiffs Respond to Defendant's Amended Motion to Dismiss and/or for Summary Judgment on or before the __6__ day of __September__, 1999.

2.  The Clerk shall mail a copy of this Order to all counsel of record.

Done at Brownsville, Texas this 25 day of AUG, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ClibPDF - www.fastio.com