25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, § <br> INDIVIDUALLY, AS HEIR OF THE § <br> ESTATE OF RICARDO GUTIERREZ, § <br> DECEASED, AND AS NEXT FRIEND § <br> OF ROSA EDITH GUTIERREZ CORTEZ, § <br> ISIS GUTIERREZ, BLANCA ISELA § <br> GUTIERREZ, RICARDO GUTIERREZ, § <br> JR., AND MAGDA KARINA GUTIERREZ § <br> MINOR CHILDREN, INDIVIDUALLY, § <br> AND AS HEIRS OF RICARDO § <br> GUTIERREZ, DECEASED, AND § <br> ROSARIO GUTIERREZ GUERRERO AS § <br> NEXT FRIEND OF NIDIA MARLEN § <br> GUTIERREZ CORTEZ, A MINOR, § <br> INDIVIDUALLY AND AS HEIR OF § <br> RICARDO GUTIERREZ, DECEASED § <br> § <br> VS.  § <br> § <br> AMFELS, INC.  § | CIVIL ACTION NO. **B-98-173** |

## ORDER SETTING HEARING

It is ORDERED that the hearing on Defendant Amfels, Inc.'s Amended Motion to Dismiss and/or For Summary Judgment be and the same is hereby set for the __13th__ day of __January__, ~~1999~~ 2000 at __2:00__ o'clock __p__ .m.

The Clerk shall notify all counsel of record.

SIGNED on the __15th__ day of __September__, 1999.

_____
JUDGE PRESIDING