34

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| MAGDALENA GUTIERREZ, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RICARDO GUTIERREZ, DECEASED, AND AS NEXT FRIEND OF ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR., AND MAGDA KARINA GUTIERREZ MINOR CHILDREN, INDIVIDUALLY, AND AS HEIRS OF RICARDO GUTIERREZ, DECEASED, AND ROSARIO GUTIERREZ GUERRERO AS NEXT FRIEND OF NIDIA MARLEN GUTIERREZ CORTEZ, A MINOR INDIVIDUALLY AND AS HEIR OF RICARDO GUTIERREZ, DECEASED | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-98-173 |
| VS. | | |
| AMFELS, Inc. | § | |

## ORDER

Before this Court is Defendant's AMFELS, Inc. Motion for Reconsideration. The Court, having considered same, is of the opinion that said Motion should be and hereby is **DENIED**.

DONE at Brownsville, Texas on this 2nd day of March, 2000.

John Wm. Black
United States Magistrate Judge