IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RICARDO GUTIERREZ, DECEASED, AND AS NEXT FRIEND OF ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR., AND MAGDA KARINA GUTIERREZ MINOR CHILDREN, INDIVIDUALLY, AND AS HEIRS OF RICARDO GUTIERREZ DECEASED; ROSA CORTEZ DE GUTIERREZ INDIVIDUALLY AND AS HEIR; AND ROSARIO GUTIERREZ GUERRERO AS NEXT FRIEND OF NIDIA MARLEN GUTIERREZ CORTEZ, A MINOR, INDIVIDUALLY AND AS AN HEIR OF RICARDO GUTIERREZ, DECEASED § § § § § § § § § § § § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-98-173 |
| AMFELS INC., COWBOYS SCAFFOLDING, INC., AND JEFFREY D. WITTE, INDIVIDUALLY AND IN HIS CAPACITY AS AN EMPLOYEE, AGENT AND REPRESENTATIVE OF COWBOYS SCAFFOLDING, INC. § § § § § § | |

## ORDER APPOINTING ATTORNEY AD LITEM

On the **2nd** day of **June**, 2000, this Court considered the Application for the Appointment of Attorney Ad Litem made by Plaintiffs and Defendant Amfels, Inc. The Court having considered such application finds that **Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez** are minors and Plaintiffs in the suit and are represented by Magdalena Gutierrez As Next Friend and it appearing to the Court that Magdalena Gutierrez may have an interest adverse to Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez. It is therefore,

45512:923214.1:052400

ORDERED, ADJUDGED AND DECREED that ___Joe Hernandez___ is appointed as attorney ad litem of Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez

SIGNED on the ___2nd___ day of ___June___, 2000.

_____
JUDGE PRESIDING

## COPIES TO:

Keith N. Uhles
Ewing E. Sikes, III
Royston, Rayzor, Vickery & Williams, LLP
P. O. Box 3509
Brownsville, Texas 78523-3509

Preston Henrichson
Katherine D. Julia
Law Offices of Preston Henrichson
222 West Cano
Edinburg, TX 7854-1229

Frank Costilla
Law Office of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78520

James M. McCoy
GIBSON, MCCLURE & WALLACE, L.L.P.
8080 N. Central Exspressway
Suite 1300, LB 50
Dallas, Texas 75207-1838

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED
JUN 0 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

June 2, 2000

Mr. Joe Hernandez
1325 Palm Blvd.
Brownsville, TX 78520

    Re: C. A. No. B-98-173
       Magdalena Gutierrez, et al. vs. Amfels, Inc.

Dear Mr. Hernandez:

  I have appointed you guardian ad litem to represent the interests of Rosa Edith Gutierrez Cortez, Iris Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez, minors who have made claims in the above case.

  Please keep a record of your time and expenses, since my determination of an ad litem fee will be based in a large part on those factors.

  This case has been settled.

               Very truly yours,

               John Wm. Black
               United States Magistrate Judge

JWB:pt

xc: Mr. Frank Costilla, Jr.
   Mr. Preston E. Henrichson
   Mr. Keith Uhles/Mr. Ewing E. Sikes, III
   Mr. Dennis D. Gibson