40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, §
INDIVIDUALLY, AS HEIR OF THE §
ESTATE OF RICARDO GUTIERREZ, §
DECEASED, AND AS NEXT FRIEND §
OF ROSA EDITH GUTIERREZ CORTEZ, §
ISIS GUTIERREZ, BLANCA ISELA §
GUTIERREZ, RICARDO GUTIERREZ, §
JR., AND MAGDA KARINA GUTIERREZ §
MINOR CHILDREN, INDIVIDUALLY, §
AND AS HEIRS OF RICARDO GUTIERREZ §
DECEASED; ROSA CORTEZ DE GUTIERREZ §
INDIVIDUALLY AND AS HEIR; AND §
ROSARIO GUTIERREZ GUERRERO AS §
NEXT FRIEND OF NIDIA MARLEN §
GUTIERREZ CORTEZ, A MINOR, §
INDIVIDUALLY AND AS AN HEIR OF §
RICARDO GUTIERREZ, DECEASED §
§
VS. §
§
AMFELS INC., §
COWBOYS SCAFFOLDING, INC., §
AND JEFFREY D. WITTE, INDIVIDUALLY §
AND IN HIS CAPACITY AS AN EMPLOYEE, §
AGENT AND REPRESENTATIVE OF §
COWBOYS SCAFFOLDING, INC. §

United States District Court
Southern District of Texas
ENTERED

**JUN 0 6 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION NO. **B-98-173**

## ORDER APPOINTING ATTORNEY AD LITEM

On the __2nd__ day of __June__, 2000, this Court considered the Application for

the Appointment of Attorney Ad Litem made by Plaintiffs and Defendant Amfels, Inc. The Court

having considered such application finds that **Nidia Marlen Gutierrez Cortez** is a minor and

Plaintiff in the suit and is represented by Rosario Gutierrez Guerrero As Next Friend and it appearing

to the Court that Rosario Gutierrez Guerrero may have an interest adverse to Nidia Marlen Gutierrez

Cortez. It is therefore,

45512:923215.1:052400

ORDERED, ADJUDGED AND DECREED that _____**Ricardo Adobatti**_____

is appointed as attorney ad litem of Nidia Marlen Gutierrez Cortez.

SIGNED on the ___**2nd**___ day of ____**June**_____, 2000.

_____
JUDGE PRESIDING

COPIES TO:

Keith N. Uhles
Ewing E. Sikes, III
Royston, Rayzor, Vickery & Williams, LLP
P. O. Box 3509
Brownsville, Texas 78523-3509

Preston Henrichson
Katherine D. Julia
Law Offices of Preston Henrichson
222 West Cano
Edinburg, TX 7854-1229

Frank Costilla
Law Office of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78520

James M. McCoy
GIBSON, MCCLURE & WALLACE, L.L.P.
8080 N. Central Exsspressway
Suite 1300, LB 50
Dallas, Texas 75207-1838

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

**JUN 0 6 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

June 2, 2000

Mr. Ricardo Adobatti
134 E. Price Road
Brownsville, TX 78521

Re:   C. A. No. B-98-173
      Magdalena Gutierrez, et al. vs. Amfels, Inc.

Dear Mr. Adobatti:

I have appointed you guardian ad litem to represent the interests of Nidia Marlen Gutierrez Cortez, a minor who has made claims in the above case.

Please keep a record of your time and expenses, since my determination of an ad litem fee will be based in a large part on those factors.

This case has been settled.

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:pt

xc:   Mr. Frank Costilla, Jr.
      Mr. Preston E. Henrichson
      Mr. Keith Uhles/Mr. Ewing E. Sikes, III
      Mr. Dennis D. Gibson