IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAGDALENA GUTIERREZ, § | | |
| INDIVIDUALLY, AS HEIR OF THE § | | |
| ESTATE OF RICARDO GUTIERREZ, § | | |
| DECEASED, AND AS NEXT FRIEND § | | |
| OF ROSA EDITH GUTIERREZ CORTEZ, § | | |
| ISIS GUTIERREZ, BLANCA ISELA § | | |
| GUTIERREZ, RICARDO GUTIERREZ, § | | |
| JR., AND MAGDA KARINA GUTIERREZ § | | |
| MINOR CHILDREN, INDIVIDUALLY, § | | |
| AND AS HEIRS OF RICARDO GUTIERREZ § | | |
| DECEASED; ROSA CORTEZ DE GUTIERREZ § | CIVIL ACTION NO. B-98-173 | |
| INDIVIDUALLY AND AS HEIR; AND § | | |
| ROSARIO GUTIERREZ GUERRERO AS § | | |
| NEXT FRIEND OF NIDIA MARLEN § | | |
| GUTIERREZ CORTEZ, A MINOR, § | | |
| INDIVIDUALLY AND AS AN HEIR OF § | | |
| RICARDO GUTIERREZ, DECEASED § | | |
| § | | |
| VS. § | | |
| § | | |
| AMFELS INC., § | | |
| COWBOYS SCAFFOLDING, INC., § | | |
| AND JEFFREY D. WITTE, INDIVIDUALLY § | | |
| AND IN HIS CAPACITY AS AN EMPLOYEE, § | | |
| AGENT AND REPRESENTATIVE OF § | | |
| COWBOYS SCAFFOLDING, INC. § | | |

## ORDER GRANTING SEVERANCE

On the __15TH__ day of __JUNE__, 2000, the Court having considered Plaintiffs and Defendant Amfels, Inc.'s Motion to Sever and finding that said motion should be GRANTED; It is hereby,

ORDERED, ADJUDGED and DECREED that Defendant's Motion to Sever be GRANTED and that Plaintiffs' claims for gross negligence and intentional tort against Defendant Amfels, Inc. be severed from the other causes of action against Defendants Cowboy Scaffolding, Inc. and Jefferey

45512:914628.1:061200

D. Witte, Individually and in his capacity as an Employee, Agent and Representative of Cowboy Scaffolding, Inc., in this case and assigned a new civil action number: B-00-088

The Clerk shall send a copy of this Order to counsel for all parties.

SIGNED on the 15 day of June, 2000.

_____
JUDGE PRESIDING

COPIES TO:

Keith N. Uhles
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509

Preston Henrichson
Katherine D. Julia
LAW OFFICES OF PRESTON HENRICHSON
222 West Cano
Edinburg, Texas 78540

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, Texas 78520

James M. McCoy
GIBSON, McCLURE & WALLACE, L.L.P.
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75207-1838

45512:914628.1:061200