44

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MAGDALENA GUTIERREZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-173 |
| | § | |
| COWBOYS SCAFFOLDING, INC., ET AL. | § | |
| | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **October 27, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **October 13, 2000.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 17, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **November 17, 2000 at 2:00 P.M.**

(5) Final Pretrial is set for **November 30, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **December 1, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **December 2000**, docket call.

DONE at Brownsville, Texas, on this 30th day of June, 2000.

_____
John Wm. Black
United States Magistrate Judge