45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

June 28, 2000

Mr. Frank Costilla, Jr.
5 E. Elizabeth Street
Brownsville, TX 78523

Mr. Preston Henrichson
P. O. Box 1229
Edinburg, TX 78540-1229

Mr. Jose Raul Hernandez
1325 Palm Blvd.
Brownsville, TX 78520

Mr. Ricardo M. Adobbati
134 E. Price Road
Brownsville, TX 78521

Mr. Dennis Gibson
8080 N. Central Expressway
Suite 1300
Dallas, TX 75206

      Re:    C.A. No. B-98-173
              Magdalena Gutierrez, et al.
              vs. Cowboys Scaffolding, Inc., et al.

Counselors:

      Please take notice that this case has retained the Civil Action No. B-98-173, correcting the Order of June 16, 2000.

      The severed case of Magdalena Gutierrez, et al. vs. Amfels, Inc. has been assigned Civil Action No. B-00-088.

Very truly yours,

John Wm. Black
United States Magistrate Judge