48

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 7 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-173 |
| § | |
| AMFELS, INC. § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**FRIENDLY SUIT HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON ST.
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM**

DATE AND TIME:

**NOVEMBER 9, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 6, 2000

TO:   MR. FRANK COSTILLA, JR.
       MR. RICARDO ADOBBATI
       MR. PRESTON HENRICHSON
       MR. JOSE RAUL HERNANDEZ
       MR. DENNIS GIBSON
       MS. CARLA SAENZ