

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, Individually, as heir of the Estate of RICARDO GUTIERREZ, deceased, and as Next Friend of ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ JR., and MAGDA KARINA GUTIERREZ, Minor Children, Individually, and as heirs of RICARDO GUTIERREZ, deceased; ROSA CORTEZ DE GUTIERREZ and ROSARIO GUTIERREZ GUERRERO as Next Friend of NIDIA MARLEN GUTIERREZ CORTEZ, a Minor, Individually and as an heir of RICARDO GUTIERREZ, Deceased<br><br>VS.<br><br>AMFELS, INC. COWBOYS SCAFFOLDING, INC., and JEFFREY D. WITTE, Individually and in his Capacity as an Employee, Agent and Representative Of COWBOYS SCAFFOLDING, INC. | CIVIL ACTION NO. B-98-173 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE FOURTH AMENDED ORIGINAL COMPLAINT

On this 8TH day of NOVEMBER, 2000, came on to be considered

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED ORIGINAL COMPLAINT.  Having considered same, the Court is of the Opinion that the Motion should be and hereby is GRANTED.

Therefore, it is ORDERED as follows:

1. ORDERED that Plaintiffs' Fourth Amended Original Complaint be filed in this civil action.; and

2. The Clerk shall mail a copy of this Order to all counsel of record.

Done at Brownsville, Texas this \_\_8TH\_\_ day of \_\_NOVEMBER\_\_, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE