52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MAGDALENA GUTIERREZ, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RICARDO GUTIERREZ, DECEASED, AND AS NEXT FRIEND OF ROSA EDITH GUTIERREZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR. AND MAGDA KARINA GUTIERREZ, MINOR CHILDREN, INDIVIDUALLY AND AS HEIRS OF RICARDO GUTIERREZ, DECEASED; ROSA CORTEZ DE GUTIERREZ, INDIVIDUALLY AND AS HEIR; AND ROSARIO GUTIERREZ GUERRERO AS NEXT FRIEND OF NIDIA MARLEN GUTIERREZ CARRANZA, A MINOR, INDIVIDUALLY AND AS AN HEIR OF RICARDO GUTIERREZ, DECEASED § § § § § § § § § § § § § § § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-98-173 |
| COWBOYS SCAFFOLDING, INC. AND JEFFREY D. WITTE, INDIVIDUALLY AND IN HIS CAPACITY AS AN EMPLOYEE, AGENT AND REPRESENTATIVE OF COWBOYS SCAFFOLDING, INC. § § § § § § § | |

**FINAL JUDGMENT**

On the 9 day of NOVEMBER, 2000, came on to be heard the above-entitled and numbered cause, wherein Magdalena Gutierrez, Individually and as heir of the Estate of Ricardo Gutierrez, deceased, and as next friend of Rosa Edith Gutierrez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez, minor children, individually and

as heirs of Ricardo Gutierrez, deceased, Rosa Cortez de Gutierrez, Individually and as heir and Rosario Gutierrez Guerrero as next friend of Nidia Marlen Gutierrez Carranza, a minor, individually and as an heir of Ricardo Gutierrez are plaintiffs and Cowboy Scaffolding, Inc. and Jeffrey D. Witte, individually and in his capacity as an employee, agent and representative of Cowboy Scaffolding, Inc. are defendants.

Magdalena Gutierrez, Rosa Cortez de Gutierrez and Rosario Gutierrez Guerrero appeared in person and by and through their attorneys of record and the minors appeared in person and by their attorney ad litems appointed by the court. The defendants appeared by and through their attorney. All parties announced that they have reached a settlement of all claims brought by the adult plaintiffs individually and on behalf of the minor plaintiffs against the defendants herein for a total of $1,100,000.00. The parties then proceeded to introduce evidence to establish the reasonableness of this settlement.

The Court, after hearing the evidence and arguments of counsel is of the opinion that liability is disputed and that the settlement as announced by the parties is fair and reasonable and in the best interest of the minor plaintiffs.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiffs' attorneys, Preston Henrichson and Frank Costilla shall have and recover $440,000.00, as payment for legal fees.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Magdalena Gutierrez, Individually and as heir of the Estate of Ricardo Gutierrez shall have and recover $80,000.00 and a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $250,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY

on behalf of Defendants herein for the purchase of an annuity.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Rosa Gutierrez de Cortez, Individually and as heir of the Estate of Ricardo Gutierrez shall have and recover $66,000.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Rosa Edith Gutierrez, a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Isis Gutierrez, a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Blanca Isela Gutierrez, a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Ricardo Gutierrez, Jr., a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE

INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Magda Karina Gutierrez, a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Nidia Marlen Gutierrez Carranza, a minor, shall have and recover a schedule of payments as outlined in the Settlement Agreement and Release signed on November 9, 2000, and approved by the Court, the cost of which, in the amount of $44,000.00, is ordered to be paid to JAMESTOWN LIFE INSURANCE COMPANY on behalf of Defendants herein for the purchase of an annuity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Jose R. Hernandez, attorney ad litem for Rosa Edith Gutierrez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez shall recover the sum of $ 8000.00 as payment for a reasonable fee and expenses as attorney ad litem for these minor plaintiffs. Said sum shall be paid on behalf of defendants herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Ricardo Adobbati, attorney ad litem for Nidia Marlen Gutierrez Carranza shall recover the sum of $ 8000.00 as payment for a reasonable fee and expenses as attorney ad litem for these minor plaintiffs. Said sum shall be paid on behalf of defendants herein.

IT IS FURTHER ORDERED that payment of all sums recited in this Judgment has been made, all claims against defendants Cowboy Scaffolding, Inc. and Jeffrey D. Witte, Individually and in his capacity as an employee, agent and representative of Cowboy Scaffolding, Inc. are

DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all costs of court are adjudged against the party incurring same.

All relief not expressly granted is DENIED.

SIGNED this 9TH day of NOVEMBER, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

AGREED TO AND APPROVED:

LAW OFFICES OF PRESTON HENRICHSON

_____
Preston Henrichson
TB# 09477000
Katherine D. Julia
TB# 90001082
222 West Cano
Edinburg, Texas 77840
Telephone: (956) 383-3535
Facsimile: (956) 383-3585

**Attorneys for Plaintiffs Magdalena Gutierrez, Individually and as heir of the Estate of Ricardo Gutierrez, deceased, and as next friend of Rosa Edith Gutierrez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez, minor children, individually and as heirs of Ricardo Gutierrez, deceased, Rosa Cortez de Gutierrez, Individually and as heir of the Estate of Ricardo Gutierrez, deceased**


LAW OFFICE OF FRANK COSTILLA

_____
Frank Costilla
TB# 04856500
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

**Attorney for Plaintiff Rosario Gutierrez Guerrero as next friend of Nidia Marlen Gutierrez Carranza, a minor, individually and as an heir of Ricardo Gutierrez, deceased**

GRIFFITH, SAENZ & HILL, L.L.P.

_____
Carla M. Saenz
TB# 17514595
One Park Place
100 Savannah, Ste. 620
McAllen, Texas 78503
Telephone: (956) 971-9446
Facsimile: (956) 971-9451

**Attorneys for defendants Cowboy Scaffolding, Inc. and Jeffrey D. Witte, individually and in his capacity as an employee, agent and representative of Cowboy Scaffolding, Inc.**

LAW OFFICE OF JOSE R. HERNANDEZ

_____
Jose R. Hernandez
TB # 00792580
1325 Palm Blvd.
Brownsville, Texas 78520
Telephone: (956) 504-5100

**Attorney ad litem for Rosa Edith Gutierrez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez**

LAW OFFICE OF RICARDO M. ADOBBATI

_____
Ricardo M. Adobbati
TB # 00790208
134 East Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6881

**Attorney ad litem for Nidia Marlen Gutierrez Carranza**