53

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

NOV 1 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

MAGDALENA GUTIERREZ, ET AL    §
                              §
*versus*                      §
                              §    CIVIL ACTION NO. B-98-173
                              §
COWBOYS SCAFFOLDING, INC.     §
ET AL                         §

### Consent to Proceed Before a Magistrate Judge

All parties in this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.   28 U.S.C. 636 ( c ).

_____  by _____
Preston Henrichson, Attorney for Plaintiff
signed by permission by Ricardo Adobbati, USDC No. 11922

_____  by _____
Frank Costilla, Attorney for Plaintiff
signed by permission by Ricardo Adobbati, USDC No. 11922

_____  by _____
James McCoy, Attorney for Defendant
signed by permission by Ricardo Adobbati, USDC No. 11922

_____  by _____
Joe R. Hernandez, Attorney Ad Litem
signed by permission by Ricardo Adobbati, USDC No. 11922

_____
Ricardo M. Adobbati, Attorney Ad Litem

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

JOHN WILLIAM BLACK

to conduct all further proceedings including final judgment.

_____        _____
Date                                   United States District Judge