54

United States District Court
Southern District of Texas
RECEIVED

FEB 0 9 2001

Michael N. Milby, Clerk

# GRIFFITH, SAENZ & HILL, L.L.P.
## LAWYERS

**CARLA M. SAENZ**

1325 PALM BLVD., SUITE H
BROWNSVILLE, TX 78520
956/541-2862
FAX/541-2864

McALLEN OFFICE
ONE PARK PLACE
100 SAVANNAH, SUITE 620
McALLEN, TX 78503
956/971-9446
FAX/971-9451

February 5, 2001

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

**VIA REGULAR MAIL**

Mr. Michael N. Milby
**U.S. Federal Courthouse**
Southern District of Brownsville
600 E. Harrison, Suite 1158
Brownsville, Texas 78520

  Re: Civil Action No. B-98-173
    Magdalena Gutierrez, Ind., as Heir of the Estate of Ricardo
    Gutierrez, Deceased et al vs. Amfels, Inc., Cowboys Scaffolding,
    Inc. and Jeffrey D. Witte, Ind. and in his Capacity as an Employee,
    Agent and Representative of Cowboys Scaffolding, Inc.
    Our File No. 4800.0138

Dear Mr. Milby:

  Please take note of my new mailing address, telephone number and facsimile number:

  Carla M. Saenz
  GRIFFITH, SAENZ & HILL, L.L.P.
  1325 Palm Blvd., Suite H
  Brownsville, TX 78520
  (956) 541-2862 Telephone
  (956) 541-2864 Facsimile

  I would appreciate all future correspondence and any and all documents be directed to this new mailing address.

Mr. Michael N. Milby
**U.S. Federal Courthouse**
February 5, 2001
Page 2

      Thank you for your attention to this matter.

Sincerely,

**GRIFFITH, SAENZ & HILL, L.L.P.**

BY: *Carla M. Saenz* (signature)
    Carla M. Saenz

CMS:se

c.c.  Mr. Preston Henrichson
      **Law Office of Preston Henrichson**
      222 W. Cano
      Edinburg, Texas 78540-1229

      Frank Costilla
      **Law Office of Frank Costilla**
      5 East Elizabeth Street
      Brownsville, Texas 78520

      Keith N. Uhles
      **Royston, Rayzor, Vickery & Williams, L.L.P.**
      P.O. Box 3509
      Brownsville, Texas 78523-3509

      James M. McCoy
      **Gibson, McClure & Wallace, L.L.P.**
      8080 N. Central Expressway
      Suite 1300, LB 50
      Dallas, Texas 75207-1838

ClibPDF - www.fastio.com