55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 22 2002

Michael N. Milby
Clerk of Court

MAGDALENA GUTIERREZ, ET AL

VS.                                     CIVIL ACTION NO. B-98-173

AMFELS, INC.

## MOTION TO REMOVE ALL FUNDS FROM REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ROSA EDITH GUTIERREZ**, Individually, by and through her attorney ad litem, Jose R. Hernandez, and moves this Honorable Court to enter an order permitting the withdrawal of **ALL FUNDS** presently in deposit with the Registry of the Court belonging to Rosa Edith Gutierrez, as she reached the age of majority on September 22, 2001; *See Attached Exhibit 1: Copy of Rosa Edith Gutierrez's Birth Certificate.*

For this reason, Movant requests permission to remove **ALL FUNDS** held on deposit for **ROSA EDITH GUTIERREZ** from the registry of the Court and that same be made payable to **ROSA EDITH GUTIERREZ**.

Respectfully submitted,

LAW OFFICE OF JOSE R. HERNANDEZ, P.C.
1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
(956) 504-5100
(956) 504-5404

BY: _____
Jose (Joe) R. Hernandez
STATE BAR NO.:00792580
Federal Id. 20759
ATTORNEY AD LITEM FOR
ROSA EDITH GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Funds from the Registry of the Court was sent by certified mail return receipt requested to the below listed parties on this day of February 22nd 2002:

1.    VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8538
   Royston, Rayzor, Vickery & Williams, L.L.P.
   Attorneys-at-Law
   55 Cove Circle
   Brownsville, Texas 78521

   Attention: Mr. Eddie Sikes

2.    VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8552
   Law Offices of Preston Henrichson, P.C.
   Attorney at Law
   222 West Cano
   Edingburg, Texas 78540-1229

   Attention: Ms. Kathy Julia

3.    VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8569
   Mrs. Magdalena Gutierrez
   854 Avenida de la Plata
   Borwnsville, Texas 78521

LAW OFFICE OF JOSE R. HERNANDEZ, P.C.
1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
TEL. (956) 504-5100
TEL./FAX (956) 504-5404

BY: _____
JOSE (JOE) R. HERNANDEZ
STATE BAR NO.: 00792580
FEDERAL ID. 20759
ATTORNEY AD LITEM FOR
ROSA EDITH GUTIERREZ